No. 03–8422.  KELLETT v. CITY OF WEBSTER GROVES, MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 03–8425.  MILLER v. ST. LOUIS COUNTY, MISSOURI.  C. A. 8th Cir.  Certiorari denied.

No. 03–8429.  WEBB v. MCGRATH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–8441.  VARNER v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 03–8457.  WARD ET VIR v. BATON ROUGE NEONATAL ASSOCIATES, INC.  C. A. 5th Cir.  Certiorari denied.

No. 03–8463.  RANGEL v. UNITED STATES; and
No. 03–8656.  HILL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 78 Fed. Appx. 393.

No. 03–8464.  ORTLOFF v. UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–8465.  SMITH v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 03–8474.  SCHWINDLER v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 03–8483.  CHAMBERLAIN v. ZWECKER, CIVIL COMMITMENT REFERRAL COORDINATOR, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL.  Ct. App. Minn.  Certiorari denied.

No. 03–8488.  LUNA v. ROCHE, SECRETARY OF THE AIR FORCE.  C. A. 5th Cir.  Certiorari denied.

No. 03–8504.  BRYANT v. IDAHO.  C. A. 9th Cir.  Certiorari denied.

No. 03–8524.  MARTINEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–8526.  WOEHL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.